**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 72.227.171.249**

**ISP:** Spectrum
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/05/2018 09:35:27 | 3C65044A801B2B7DC889E77D1DD172CCAA7F3EAE | Clear Wet Dream |
| 10/05/2018 07:13:58 | B002F3E3AA48C55EC5681ADDBB77C07A374F2FAB | Stripshow Sex |
| 07/04/2017 04:36:42 | 4F3B636AD5FF88A80F2D74935CD0093C61F427D3 | Sweeter Than Wine |
| 11/09/2016 08:57:33 | 407C62C43DE3A1F4C48979E4C145AD5199CC7F05 | Forbidden Fruit |
| 05/09/2016 13:33:49 | FF75AB28A949A17A52CEE71C191C37C61258B6AD | Rub Me The Right Way Too |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

SNY497