UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
|     Plaintiff, | ) Civil Case No. 1:18-cv-10955-AJN |
| v. | ) |
| ANDREW WONG, | ) |
|     Defendant. | ) |

**PLAINTIFF, MALIBU MEDIA, LLC'S, STATEMENT OF DAMAGES**

1. Principal Amount sued for……………………………….$7,500.00

2. Costs and Disbursements:

   - Clerk's fee……………..…………………………………..$50.00

   - Process Server fee for service……….…………………$184.85

   - Fees to Third-Party for Subpoena Response……………..$100.00

   - Statutory fee………………………………………………$350.00

3. Total (as of December 4, 2019)………………………… $8,184.75

4. Affixed as Exhibits hereto:

   - A- Summons

   - B- Amended Complaint

   - C- Proof of Service

Dated:  December 9, 2019                    Respectfully submitted,

                                                  By: /s/ *Kevin T. Conway*
                                                  Kevin T. Conway, Esq. (KC-3347)
                                                  80 Red Schoolhouse Road, Suite 110
                                                  Spring Valley, New York 10977
                                                  T: 845-352-0206
                                                  F: 845-352-0481
                                                  E-mail: ktcmalibu@gmail.com
                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2019, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

                                                  By: /s/ *Kevin T. Conway*
                                                  Kevin T. Conway, Esq.

**Service List**
Andrew Wong
109 Ludlow Street
Apt. 19
New York, NY. 10002