UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
MALIBU MEDIA, LLC, :
: Case No. 1:18-cv-10955-AJN
Plaintiff, :
v. :
:
ANDREW WONG, :
:
Defendant. :
------------------------------------------------------------ X

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME SERVE DEFENDANT WITH MOTION FOR DEFAULT JUDGEMENT BY POSTING

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time Within Which it Has to Serve Defendant with Motion for Default Judgement (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until February 24, 2020, to serve Motion for Default Judgement on Defendant.

SO ORDERED this 7th day of Feb, 2020.

By: _____
UNITED STATES DISTRICT JUDGE

1