UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Case No. 1:18-cv-10955-AJN
                                        Plaintiff,               :
                                                                 :
                vs.                                              :
                                                                 :
ANDREW WONG,                                                     :
                                                                 :
                                        Defendant.               :
-----------------------------------------------------------------X
```

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF ANDREW WONG

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Andrew Wong ("Defendant") from this action <u>without prejudice</u>. Andrew Wong was assigned the IP address 72.227.171.249. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Andrew Wong has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  February 24, 2020

                                                        Respectfully submitted,

By:  /s/ *Kevin T. Conway*
Kevin T. Conway, Esq. (KC-3347)
80 Red Schoolhouse Road, Suite 110
Spring Valley, New York 10977-6201
T: 845-352-0206
F: 845-352-0481
E-mail: ktcmalibu@gmail.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ <i>Kevin T. Conway</i>