AO 121 (Rev 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO<br>1:18-cv-10955 | DATE FILED<br>11/23/2018 | United States District Court, Southern District of New York<br>New York, New York 10007 |
| PLAINTIFF<br>Malibu Media, LLC | | DEFENDANT<br>JOHN DOE<br>subscriber assigned IP address 72.227.171.249 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | | See Attached | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | See Attached | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED<br>2/25/2020 |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK | DATE<br>2/26/2020 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## Copyrights-In-Suit for IP Address 72.227.171.249

**ISP:** Spectrum
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Clear Wet Dream | PA0002116051 | 04/04/2018 | 05/01/2018 | 10/05/2018 |
| Stripshow Sex | PA0002109644 | 03/23/2018 | 03/28/2018 | 10/05/2018 |
| Sweeter Than Wine | PA0002035896 | 10/12/2016 | 12/04/2016 | 07/04/2017 |
| Forbidden Fruit | PA0002036143 | 10/15/2016 | 12/04/2016 | 11/09/2016 |
| Rub Me The Right Way Too | PA0002015095 | 05/04/2016 | 05/31/2016 | 05/09/2016 |

**Total Malibu Media, LLC Copyrights Infringed: 5**

EXHIBIT B

SNY497

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
MALIBU MEDIA, LLC,

                Plaintiff,

    vs.

ANDREW WONG,

                Defendant.
-----------------------------------------------------------------X

Case No. 1:18-cv-10955-AJN

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ANDREW WONG

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Andrew Wong ("Defendant") from this action without prejudice. Andrew Wong was assigned the IP address 72.227.171.249. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Andrew Wong has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: February 24, 2020

                                                  Respectfully submitted,

                                By:    */s/ Kevin T. Conway*
                                           Kevin T. Conway, Esq. (KC-3347)
                                           80 Red Schoolhouse Road, Suite 110
                                           Spring Valley, New York 10977-6201
                                           T: 845-352-0206
                                           F: 845-352-0481
                                           E-mail: ktcmalibu@gmail.com
                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Kevin T. Conway*